UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Defendant. | No. 2:18-cv-2997-JAM-EFB P<br><br><br>ORDER |

On April 17, 2019, this civil rights case was closed after plaintiff failed to either pay the filing fee or request leave to proceed in forma pauperis and judgment was duly entered. ECF Nos. 7 & 8. On July 8, 2019, plaintiff filed a document styled "Written Objections." ECF No. 9. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

　　　So ordered.

Dated: July 10, 2019.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE